**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA GAIL SMITH,<br><br>    Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:20-cv-04947-RAO<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $2,300.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $17.25 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: February 11, 2021

                                           _____
                                           HONORABLE ROZELLA A. OLIVER
                                           UNITED STATES MAGISTRATE JUDGE